## BRENNER v. SCHOOL HOUSE, LTD.

No. 632P82.

Case below: 59 N.C. App. 68.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

## CECIL v. CECIL

No. 648P82.

Case below: 59 N.C. App. 208.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 11 January 1983.

## GLENN v. GLENN

No. 621P82.

Case below: 59 N.C. App. 238.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 11 January 1983.

## HILLMAN v. UNITED STATES LIABILITY INS. CO.

No. 654P82.

Case below: 59 N.C. App. 145.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

## IN RE SOUTHERN RAILWAY

No. 650PA82.

Case below: 59 N.C. App. 119.

Petition by Railway Companies for discretionary review under G.S. 7A-31 allowed 11 January 1983.